**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-2221

PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897, d/b/a United Emrits of America; PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a Ronald Satish Emrit,

Plaintiffs - Appellants,

v.

PRINCE GEORGE'S COUNTY POLICE DEPARTMENT; STATE ATTORNEY'S OFFICE OF PRINCE GEORGE'S COUNTY; PRINCE GEORGE'S COUNTY SOCIAL SERVICES; PRINCE GEORGE'S COUNTY DISTRICT COURT; PRINCE GEORGE'S COUNTY CIRCUIT COURT; MARYLAND SUPREME COURT; APPELLATE COURT OF MARYLAND; MARYLAND STATE BAR ASSOCIATION, MSBA; MAHASIN EL AMIN, Prince George's County Clerk of the Court; RACHEL DOMBROWSKI, Clerk of the Court; MARYLAND STATE POLICE; JOSHUA SMITH; BOWIE STATE POLICE DEPARTMENT; MAYOR TIM ADAMS, City of Bowie, Maryland; BOWIE STATE UNIVERSITY POLICE DEPARTMENT, BSU; KELLY HAYES, United States Attorney's Office of Maryland,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Jasmine Hyejung Yoon, District Judge.  (5:25-cv-00081-JHY-JCH)

Submitted:  January 22, 2026                     Decided:  January 28, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit (who also identifies himself as Presidential Candidate Number P60005535) appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error in the district court's determination that the complaint failed to present a plausible claim for relief. Accordingly, we affirm the district court's order. *Presidential Candidate No. P60005535 v. Prince George's Cnty. Police Dep't*, No. 5:25-cv-00081-JHY-JCH (W.D. Va. Aug. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*